DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

CARLOS MICHAEL SANCHEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2354

————————————————

November 19, 2025

Appeal from the Circuit Court for Hillsborough County; Laura E. Ward, Judge.

Blair Allen, Public Defender, and Joanna Beth Conner, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.